DADE HUGHES v. STATE.

No. A-3284.    Opinion Filed Aug. 26, 1919.

(183 Pac. 431.)

Appeal from Superior Court, Creek County; Gaylord R. Wilcox, Judge.

Dade Hughes was convicted of the crime of unlawful possession of liquor, and his punishment fixed at a fine of $500 and six months' imprisonment in the county jail, and he appealed. Judgment affirmed.

R. B. Thompson, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Dade Hughes was convicted in the superior court of Creek county of the crime of unlawful possession of liquor, and his punishment fixed as above stated.

This appeal has been pending in this court since the 12th day of March, 1918, the cause having been submitted June 5, 1919, at which time no appearance was made by any counsel representing plaintiff in

error, nor has any brief been filed in his behalf. Rule 9 (12 Okla. Cr. viii, 165 Pac. x) of this court provides:

"When no counsel appears, and no briefs are filed, the court will examine the pleadings, the instructions of the court and the exceptions taken thereto, and the judgment and sentence, and if no prejudicial error appears, will affirm the judgment."

This appeal has evidently been abandoned. An examination of the pleadings, instructions, and judgment and sentence discloses no prejudicial error, and in accordance with rule 9, supra, the judgment is affirmed.